# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 28, 2025

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202-3988

**FILED**
Apr 03, 2025
KELLY L. STEPHENS, Clerk

Re: Parker-Hannifin Corporation, et al.
v. Michael D. Johnson, et al.
No. 24-1030
(Your No. 24-3014)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 26, 2025 and placed on the docket March 28, 2025 as No. 24-1030.

Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst